UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THERESA ANNETTE TORRICELLAS, </br></br>             Petitioner, </br></br>        v. </br></br> GUILLERMO GARCIA, </br></br>             Respondent. | No. CV 10-5717 RSWL (AJW) </br></br> ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

DATED: May 19, 2011

*RONALD S.W. LEW*
_____
Ronald S. W. Lew
United States District Judge