UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **THERESA ANNETTE TORRICELLAS,** | ) CV NO. 10-5717-RSWL(AJW) |
| Petitioner, | ) |
| | ) JUDGMENT |
| v. | ) |
| **GUILLERMO GARCIA,** | ) |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: May 19, 2011

RONALD S.W. LEW
_____
Ronald S.W. Lew
United States District Judge